# United States District Court

EASTERN DISTRICT OF WISCONSIN

**WILLIAM R. TOLES,**                         **JUDGMENT IN A CIVIL CASE**

        Petitioner,

        V.                                       CASE NUMBER: **05-C-398**

**BYRON BARTON,**
**Director, Wisconsin Resource Center,**
**Oshkosh, Wisconsin**,

        Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that William R. Toles' petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED in its entirety.**

   **February 12, 2007**                                 **JON W. SANFILIPPO**
Date                                                     Clerk

                                                                s/ Linda M. Zik
                                                                (By) Deputy Clerk